## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **FERMAN WILLIAMS,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 5:26-cv-828-HDM-GMB** |
| **TRAYMONTE WESTBROOK,** *et al.*, | |
| **Defendants.** | |

## ORDER

Plaintiff Ferman Williams, proceeding *pro se*, commenced this Section 1983 action by completing and filing a preprinted form on May 15, 2026. (Doc. 1). In his complaint, Williams states that he is presently confined in the Elmore Correctional Facility in Elmore County, Alabama, *id.* at 2, which is under the jurisdiction of the United States District Court for the Middle District of Alabama, 28 U.S.C. § 81.[1] On May 18, 2026, the magistrate judge entered a report recommending that Williams's case be transferred to the Middle District because venue is not proper in this court. (Doc. 4). The report advised Williams of his right to object within fourteen days, *id.* at 2–3, but this time has elapsed without any objection from Williams.

---

[1] Relying on Williams's full name and Alabama Inmate Serial number, (doc. 1 at 1), the court has independently used the Inmate Search feature on the Alabama Department of Corrections website to verify that he is indeed presently incarcerated in Elmore County.

Having carefully reviewed and considered the record of this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, pursuant to 28 U.S.C. § 1406(a), the Clerk of Court is **DIRECTED** to transfer this case to the United States District Court for the Middle District of Alabama and mail a copy of this Order to Williams at his address of record.

**DONE** and **ORDERED** on June 4, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE